**Order issued June 17, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-01587-CR
_____

### EDWARD DERELL HARMON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Francis, and Lang-Miers

Based on the Court's opinion of this date, we **GRANT** the March 5, 2014 motion of Deborah Ellison Farris for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Deborah Ellison Farris as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Edward Derell Harmon, TDCJ No. 1891908, Polunsky Unit, 3872 FM 350 South, Livingston, Texas, 77351.

We **DENY** appellant's May 8, 2014 pro se motion in limine.

/Molly Francis/
_____
MOLLY FRANCIS
JUSTICE